

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2015

No. 04-15-00465-CV

Adolfo R. **MARTINEZ**,
Appellant

v.

Noel P. **BENADVIDES**, et al.,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-03-350
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

    Appellant's brief was due to be filed on September 14, 2015. On September 11, 2015, appellant filed a motion for extension of time to file the brief; however, appellant did not pay fee associated with filing this motion. *See* TEX. R. APP. P. 5. On September 11, 2015, this court notified appellant's attorney that the fee associated with filing the motion was not paid, and the motion would not be further processed until the filing fee was paid. Appellant's attorney did not respond to this court's notice. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution because appellant's brief has not been timely filed and appellant has failed to pay the fee associated with the filing of the motion for extension of time to file the brief. TEX. R. APP. P. 5, 38.3(a)(1), 42.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court